| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Kornmann, Charles B. | 2. Court or Organization<br><br>United States District Court,<br>District of South Dakota | 3. Date of Report<br><br>1/17/95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Nominee | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date_____<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/94 – 12/31/94 |
| 7. Chambers or Office Address<br><br>Post Office Box 1030<br>Aberdeen, SD 57402-1030 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____<br><br>Reviewing Officer Signature _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Court Street Partners, a South Dakota partnership |
| Partner | Richardson, Groseclose, Kornmann & Wyly, a South Dakota partnership |
| SEE NUMBERED ATTACHMENT 1 | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| Calendar 1993 | Richardson, Groseclose, Kornmann & Wyly | $ 269,571.00 |
| Calendar 1994 | Richardson, Groseclose, Kornmann & Wyly | $ 219,157.00 |
| 1995 to date of report | Richardson, Groseclose, Kornmann & Wyly | $ 9,789.00 |
| | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Kornmann, Charles B. | Date of Report<br>1/17/95 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |

☐ **NONE** (No such reportable reimbursements or gifts)

EXEMPT

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |

☐ **NONE** (No such reportable gifts)

| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |

☐ **NONE** (No reportable liabilities)

SEE NUMBERED ATTACHMENT 2

*VALUE CODES: J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000
N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Kornmann, Charles B. | Date of Report<br>1/17/95 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical (J), for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 SEE NUMBERED ATTACHMENT 3 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Kornmann, Charles B. | Date of Report<br>1/17/95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Charles B. Kornmann_          Date _1-17-95_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

380

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kornmann, Charles B. | 1/17/95 |

## ATTACHMENT 1

I.    POSITIONS.

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Corporate Secretary and member of Board of Directors | Red Ribbon, Inc., a South Dakota corporation |
| Corporate Secretary and member of Board of Directors | Plaza West I, Inc., a South Dakota corporation |
| Corporate Secretary and member of Board of Directors | ABKOTA Glass Company, a South Dakota corporation |
| Member of Board of Directors | Plaza West II, Inc., a South Dakota corporation |
| Member of Board of Directors | Aberdeen Tennis, Inc. |
| General partner and limited partner | Ivey & Kornmann, a South Dakota limited partnership |
| Trustee | Krystal G. Erdmann Trust, Tax ID No. 46-6066262, established on 12/24/84 |
| Trustee | Krystal G. Erdmann Trust, Tax ID No. 46-6066263, established 12/26/84 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kornmann, Charles B. | 1/17/95 |

## ATTACHMENT 2

### VI. LIABILITIES.

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank South Dakota | Express line | J (J) |
| 2. | Norwest Bank South Dakota | Ready reserve line of credit | J (J) |
| 3. | Allen Zeller | Contingent liability as guarantor of debt of Ivey & Kornmann | K (J) |
| 4. | Norwest Bank South Dakota | Personal guaranty of debts of Plaza West I, Inc., of Red Ribbon, Inc., and of Court Street Partners | P |
| 5. | First Bank South Dakota | Contingent liability as guarantor of debt of Plaza West II, Inc. | P |
| 6. | Norwest Bank South Dakota | Contingent liability as guarantor of debt of Ivey & Kornmann | L(J) |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 1/17/95 |

ATTACHMENT 3

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.

| A. Description of Assets | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions |
|---|---|---|---|---|---|
| | (1) Amt., Code (A-H) | (2) Type (div., rent or int.) | (1) Value Code, (J-P) | (2) Value Method, Code (Q-W) | (1) Type  EXEMPT |
| 1. 87.68% interest in Ivey & Kornmann, partnership (J). Owner of apartment house in Aberdeen, SD, and in Redfield, SD | F | Rent and interest | N | W | Exempt |
| 2. 1/5 interest in Court Street Partners, a partnership owning office building, Aberdeen, SD. | D | Rent | L | W | Exempt |
| 3. 5,000 shares, common, ABKOTA Glass Company, retail merchant in Aberdeen, SD | F | Pass-through /SUB S Corp. | J | W | Exempt |
| 4. 257 shares, common, Occidental Petroleum Corp. (J) | A | Div. | J | T | Exempt |
| 5. 50% of five units, limited partnership, Super 8 Motel, Bloomington, MN | A | Rents | $8000 | W | Exempt |
| 6. 1/3 remainder interest in residence, Tyndall, SD (S) | None | N/A | K | W | Exempt |
| 7. Remainder interest in farmland, Hamlin County, SD | None | N/A | L | W | Exempt |
| 8. 25,000 shares, common, Red Ribbon, Inc., owner of Super 8 Motel in Daleville, IN | F | Pass-through /SUB S Corp. | M | W | Exempt |
| 9. Loan due from Plaza West I, Inc. | None | N/A | E | T | Exempt |

383

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 1/17/95 |

ATTACHMENT 3
(page 2)

**VII. INVESTMENTS AND TRUSTS -- income, value, transactions.**

| A. Description of Assets | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions |
|---|---|---|---|---|---|
| | (1) Amt., Code (A-H) | (2) Type (div., rent or int.) | (1) Value Code, (J-P) | (2) Value Method, Code (Q-W) | (1) Type EXEMPT |
| 10.  13,444 shares, common, Plaza West I, Inc., owner of White House Inn Motel, Aberdeen, SD | F | Pass-through /SUB S Corp. | K | W | Exempt |
| 11.  Debt due from Plaza West II, Inc. | None | N/A | K | T | Exempt |
| 12.  10,000 shares, common, Plaza West II, Inc., owner of White House Inn Motel, Lead, SD | E | Pass-through /SUB S Corp. | K | W | Exempt |
| 13.  Vested retirement account, SD Retirement System | A | Int. | K | T | Exempt |
| 14.  2,655 shares, AMCAP Fund, IRA (S) | C | Div./ Cap. gain | K | T | Exempt |
| 15.  3,460 shares, AMCAP Fund, IRA | C | Div./ Cap. gain | L | T | Exempt |

CHARLES B. AND CAROLINE A. KORNMANN, ABERDEEN, S. D. AS OF December 31, 1994
No material change as of 1-17-95

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including ba accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debt mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 200 | 00 | Notes payable to banks—secured | none | | |
| U S Government securities—add schedule | none | | | Notes payable to banks—unsecured | 74 | 000 | 00 |
| | | | | Notes payable to relatives | | | |
| Listed securities—add schedule | 4 | 376 | 00 | Notes payable to others | | | |
| Unlisted securities—add schedule | 578 | 000 | 00 | Accounts and bills due | 8 | 900 | 00 |
| Accounts and notes receivable: | none | | | Unpaid income tax | | | |
| Due from relatives and friends | | | | Other unpaid tax and interest | | | |
| Due from others | 36 | 800 | 00 | Real estate mortgages payable—add schedule | | - | |
| Doubtful | none | | | | | | |
| Real estate owned—add schedule | 278 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | none | | | | | | |
| Autos and other personal property | 55 | 000 | 00 | Other debts—itemize: | | | |
| Cash value—life insurance | none | | | | | | |
| Other assets—itemize: S. D. Retirement System | 18 | 000 | 00 | | | | |
| I.R.A. accounts | 73 | 666 | 00 | | | | |
| Accounts receivable | 60 | 000 | 00 | Total liabilities | 82 | 900 | 00 |
| Law partnership interest | 30 | 000 | 00 | Net worth | 1,053 | 142 | 00 |
| Total assets | 1,136 | 042 | 00 | Total liabilities and net worth | 1,136 | 042 | 00 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|---|
| SEE BELOW As endorser, comaker or guarantor | 2,336 | 000 | 00 | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | none | | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | none | | | | | |
| SEE BELOW Provision for Federal Income Tax | 40 | 000 | 00 | Have you ever taken bankruptcy? | NO | |
| Other special debt | none | | | | | |

NOTES AS TO CONTINGENT LIABILITIES: (1) As to $2,336,00, such debts will be paid by the corporations in which I have invested. I have guaranteed $810,000 (debt of Plaza West I, Inc.) with 9 other stockholders; $267,000 (debt of Red Ribbon, Inc.) with 5 other stockholders; and $128,000 (debt of Court Street Partners) with 4 other partners. All these debts are to Norwest Bank, S.D. As to First Bank S. D. the debt is $1,127,000 (Plaza West II, Inc.) along with 22 other stockholders. The debt of Ivey and Kornmann to Allen Zeller, Aberdeen, S. D. is $34,000. I round these to $2,336,000.00.

(2) This is my best estimate of what will be due in federal income taxes on April 15, 1995, and is probably a high estimate.

**SECURITIES OWNED**

| No. shares or Bond amount | Description | In whose name(s) registered | Cost | Present Market value | L-listed U-unlisted |
|---|---|---|---|---|---|
| 13,444 | Plaza West I, Inc. | Charles | 13 440 00 | 20 000 00 | U |
| 10,000 | Plaza West II, Inc. | Charles | 10 000 00 | 20 000 00 | U |
| 25,000 | Red Ribbon, Inc. | Charles | 41 698 88 | 95 000 00 | U |
| 5,000 | ABKOTA Glass Co. | Charles | 5 000 00 | 5 000 00 | U |
| ½int. in 5 units Limited Ps.,Super 8,Blm-Mn. | | Charles as T.I.C. | 5 000 00 | 8 000 00 | U |
| 1/5 int. | Court Street Partners | Charles | 11 000 00 | 80 000 00 | U |
| 87.68% | Ivey & Kornmann, L.P. | Joint | 98 677 88 | 350 000 00 | U |
| 257 sh. | Occidental Petro. | Joint | 5 200 00 | 4 376 00 | L |
| 6,196 sh. | IRA's, AMCAP fund | both | | 73 666 00 | L |
| | | **TOTAL** | | 656 042 00 | |

```
Of Total above, IRA's are:   73,666.00
          Listed Securities:    4,376.00
       Unlisted Securities:   578,000.00
                             ─────────────
                              656,042.00
```

**REAL ESTATE**

| Address and type of property | Title in name(s) of | Monthly Income | Cost Year acquired | Present Market value | Amount of Insurance |
|---|---|---|---|---|---|
| Homestead inc, ½ int.in adjoining lot | Joint | none | $ 100,000.00 Year 1973 | 180 000 00 | 180 000 00 |
| | | | $ Year | | |
| SW¼ of 30-115-51,Hamlin County, S. D. | Kornmann "Clifford Trust" | none | $ Year | 78 000 00 | none |
| | | | $ Year | | |
| Remainder interest in residence, Tyndall,S.D. | T.I.C. w/ Caroline's sister and brother | none | $ Year EQUITY | 20 000 00 | ? |